# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID SAXE PRODUCTIONS, INC.;
SAXE MANAGEMENT, LLC; AND
DAVID SAXE,
          Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ERIKA D. BALLOU, DISTRICT JUDGE,
          Respondents,
and
ALEXANDER MARKS,
          Real Party in Interest.

No. 83762



FILED

MAY 17 2022

ELIZABETH A. B
CLERK OF SUPREM
BY
DEPUTY CL

## ORDER DISMISSING PETITION

Cause appearing, the parties' stipulation to voluntary withdraw this writ petition is approved. This writ petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Erika D. Ballou, District Judge
       Jackson Lewis P.C.
       Jeffrey Gronich, Attorney At Law, P.C.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-15571